# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David J. Fowble Sr. aka David James Fowble, Sr. aka David James Fowble<br>Tammy L. Fowble aka Tammy Lynn Fowble aka Tammy L. Sell aka Tammy L. Chappell<br>Debtor(s) | BK NO. 20-02545 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C and index same on the master mailing list.

    Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
13 Oct 2020, 13:26:49, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322