# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **David J. Fowble, Sr.** and **Tammy L. Fowble**, Debtor(s)

Case No. **1:20-bk-02545**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 15, 2021**, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024
- Alliant Capital Mgmt, c/o Weinstein & Riley, 2001 Western Avenue, Seattle, WA 98121
- Alliant Capital Mgmt, c/o Weinstein & Riley, PS, PO Box 3978, Seattle, WA 98124-3978
- Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601
- AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422
- Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130
- Capital One Bank (USA), N.A., 4515 N. Santa Fe Ave., Oklahoma City, OK 73118
- Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083
- Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011
- Cuzco Capital, 11601 Biscayne Blvd, Suite 306, Miami, FL 33181
- Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250
- Fay Servicing, 2601 N. Lamar, Suite 201, Austin, TX 78705
- Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609
- Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303
- Flexshopper, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-6394
- Intercoastal Financial LLC, 7954 Transit Road #144, Buffalo, NY 14221
- KML Law Group, The Lits Building, 701 Market Street, Suite 5000, Philadelphia, PA 19106
- McCalla Raymer Leibert Piece, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076
- National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106
- OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251
- Thousand Trails, PO Box 26, Gautier, MS 39553
- Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900
- Wells Fargo Bank NA, PO Box 130000, Raleigh, NC 27605
- Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607

/s/ Scott J. Strausbaugh, Esquire
Scott J. Strausbaugh, Esquire
Strausbaugh Law, PLLC
1201 W. Elm Avenue
Suite #2
Hanover, PA 17331
(717) 797-3908 Fax:(717) 797-6928
scott@strausbaughlaw.com