IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID J. FOWBLE, SR AND<br>TAMMY L. FOWBLE<br>DEBTORS<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION,<br>NOT IN ITS INDIVIDUAL CAPACITY, BUT<br>SOLELY AS TRUSTEE OF<br>CITIGROUP MORTGAGE LOAN TRUST 2019-C<br>MOVANT<br>    vs.<br><br>DAVID J. FOWBLE, SR AND<br>TAMMY L. FOWBLE<br>DEBTORS<br><br>CHARLES J DEHART, III<br>TRUSTEE | BK. NO. 1:20-bk-02545-HWV<br><br>CHAPTER 13<br><br>11 U.S.C. Section 362 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-Cand requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 19th day of January 2021.

                                          Respectfully submitted,

                                        /s/ Joshua I. Goldman

                                        Joshua I. Goldman, Esq.
                                        Pennsylvania Bar #205047
                                        PADGETT LAW GROUP

6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 19th day of January 2021

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 1:20-bk-02545-HWV)

DEBTOR
DAVID J. FOWBLE, SR.
6733 LINCOLN HIGHWAY
THOMASVILLE, PA 17364

JOINT DEBTOR
TAMMY L. FOWBLE
6733 LINCOLN HIGHWAY
THOMASVILLE, PA 17364

ATTORNEY FOR DEBTOR
SCOTT J STRAUSBAUGH
STRAUSBAUGH LAW, PLLC
1201 WEST ELM AVENUE
SUITE #2
HANOVER, PA 17331

TRUSTEE
CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101