IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID J. FOWBLE, SR. AKA DAVID JAMES FOWBLE, SR. AKA DAVID JAMES FOWBLE AND TAMMY L. FOWBLE AKA TAMMY LYNN FOWBLE AKA TAMMY L. SELL AKA TAMMY L. CHAPPELL DEBTORS.

BK. NO. 1:20-bk-02545-HWV

CHAPTER 13

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-C
MOVANT
    VS.

11 U.S.C. Section 362

DAVID J. FOWBLE, SR. AKA DAVID JAMES FOWBLE, SR. AKA DAVID JAMES FOWBLE AND TAMMY L. FOWBLE AKA TAMMY LYNN FOWBLE AKA TAMMY L. SELL AKA TAMMY L. CHAPPELL DEBTORS.

CHARLES J DEHART, III
TRUSTEE

## NOTICE OF DEFERMENT

| | |
|---|---|
| Bankruptcy Court Claim #: | 6 |
| Effective Date of Deferment: | 10/01/2020 |
| Number of monthly payments Deferred: | 1 |

    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-C ("Movant") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and MOVANT has provided a Deferment of o n e ( 1 ) mortgage payment(s). This short-term relief would be consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

    During this deferment relief, all terms and provisions of the mortgage

note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification. If full or partial payments continue to be received during the deferment period, MOVANT will apply such payment(s) pursuant to standard operating procedures.

This Deferment does not forgive any indebtedness; it only suspends the date that such indebtedness must be paid.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the Deferment agreement, if required.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the Notice of Deferment has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 2nd day of February 2021:

    /s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 1:20-bk-02545-HWV)

DEBTOR
DAVID J. FOWBLE, SR.
AKA DAVID JAMES FOWBLE, SR.
AKA DAVID JAMES FOWBLE
6733 LINCOLN HIGHWAY
THOMASVILLE, PA 17364

JOINT DEBTOR
TAMMY L. FOWBLE
AKA TAMMY LYNN FOWBLE
AKA TAMMY L. SELL
AKA TAMMY L. CHAPPELL
6733 LINCOLN HIGHWAY
THOMASVILLE, PA 17364

ATTORNEY FOR DEBTOR
SCOTT J STRAUSBAUGH
STRAUSBAUGH LAW, PLLC
1201 WEST ELM AVENUE
SUITE #2
HANOVER, PA 17331

TRUSTEE
CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101