**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David J. Fowble Sr. aka David James Fowble, Sr. aka David James Fowble<br>Tammy L. Fowble aka Tammy Lynn Fowble aka Tammy L. Sell aka Tammy L. Chappell<br>Debtor(s) | BK NO. 20-02545 HWV<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
14 Jul 2021, 17:06:07, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322