United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02545-HWV |
| David J. Fowble, Sr. | Chapter 13 |
| Tammy L. Fowble | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jan 03, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

**Recip ID**     **Recipient Name and Address**
                     AT1N: PAYROLL DEPARTMENT, Touch of Color, 5017 Jonestown Road, Harrisburg, PA 17112

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022                        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bkgroup@kmllawgroup.com |
| Scott J Strausbaugh | on behalf of Debtor 2 Tammy L. Fowble scott@strausbaughlaw.com |
| Scott J Strausbaugh | on behalf of Debtor 1 David J. Fowble Sr. scott@strausbaughlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 1-20-02545-HWV
   DAVID J. FOWBLE, SR., AKA :
   DAVID FOWBLE, SR. AKA :
   DAVID JAMES FOWBLE AND :
   TAMMY L. FOWBLE, :
      DEBTORS :
: Chapter 13

**ORDER**

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS THEREFORE ORDERED** that until further Order of this Court, the entity from whom the Debtor, David J. Fowble, Sr., receives income:

ATTN: PAYROLL DEPARTMENT
Touch of Color
5017 Jonestown Road
Harrisburg, PA 17112

deduct from said Debtor's income the sum of **$213.35** from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that until further Order of this Court, the entity from whom the Debtor, Tammy L. Fowble, receives income:

ATTN: PAYROLL DEPARTMENT
Reli Group
5520 Research Park Dr #105,
Baltimore, MD 21228

deduct from said Debtor's income the sum of **$231.12** from each paycheck on the 1st and 15th day of each month, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel.
Remit the deductible sums to:

> Jack N. Zaharopoulos
> Chapter 13 Trustee
> P.O. Box 6008
> Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that the employers from whom the Debtors receive income shall notify the Trustee if either Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtors, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtors in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that each employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtors' counsel or the Chapter 13 Trustee.

Dated: December 30, 2021        By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (MS)