UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1-20-02545-HWV |
|    DAVID J. FOWBLE, SR., AKA | : | |
|    DAVID FOWBLE, SR. AKA | : | |
|    DAVID JAMES FOWBLE AND | : | |
|    TAMMY L. FOWBLE, | : | |
|       DEBTORS | : | |
| | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Johanna H. Rehkamp, Esquire, hereby certify that on June 24, 2022, a true and correct copy of the foregoing Motion to Modify Debtors' 3rd Amended Chapter 13 Plan, 4th Amended Chapter 13 Plan and Notice of 4th Amended Plan were served by electronic means and/or first-class mail, postage prepaid on the following:

**See Attached Matrix**

STRAUSBAUGH LAW, PLLC

By: /s/ Johanna H. Rehkamp
Johanna H. Rehkamp, Esquire

| | | |
|---|---|---|
| DAVID J. FOWBLE, SR.<br>TAMMY L. FOWBLE<br>6733 LINCOLN HIGHWAY<br>THOMASVILLE, PA 17364 | COMMERCIAL ACCEPTANCE COMPANY<br>2300 GETTYSBURG ROAD<br>SUITE 102<br>CAMP HILL, PA 17011 | NATIONAL RECOVERY AGENCY<br>ATTN: BANKRUPTCY<br>PO BOX 67015<br>HARRISBURG, PA 17106 |
| SCOTT J. STRAUSBAUGH, ESQUIRE<br>STRAUSBAUGH LAW, PLLC<br>1201 W. ELM AVENUE<br>SUITE #2<br>HANOVER, PA 17331 | CUZCO CAPITAL<br>11601 BISCAYNE BLVD<br>SUITE 306<br>MIAMI, FL 33181 | ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| ACCEPTANCE NOW<br>ATTN: BANKRUPTCY<br>5501 HEADQUARTERS DRIVE<br>PLANO, TX 75024 | EQUIANT/THOUSAND TRAILS<br>ATTN: BANKRUPTCY<br>5401 N PIMA RD, STE 150<br>SCOTTSDALE, AZ 85250 | PADGETT LAW GROUP<br>ATTN: JOSH GOLDMAN, ESQ.<br>6267 OLD WATER OAK ROAD, ST20<br>TALLAHASSEE, FL 32312 |
| ALLIANT CAPITAL MGMT<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVENUE<br>SEATTLE, WA 98121 | FAY SERVICING<br>2601 N. LAMAR, SUITE 201<br>AUSTIN, TX 78705 | THERESA FOWBLE<br>6733 LINCOLN HIGHWAY<br>THOMASVILLE, PA 17364 |
| ALLIANT CAPITAL MGMT<br>C/O WEINSTEIN & RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | THOUSAND TRAILS<br>PO BOX 26<br>GAUTIER, MS 39553 |
| APEX ASSET MANAGEMENT<br>2501 OREGON PIKE<br>SUITE 201<br>LANCASTER, PA 17601 | FINGERHUT | WELLS FARGO AUTO<br>PO BOX 17900<br>DENVER, CO 80217-0900 |
| AR RESOURCES, INC.<br>ATTN: BANKRUPTCY<br>PO BOX 1056<br>BLUE BELL, PA 19422 | FLEXSHOPPER | WELLS FARGO BANK NA<br>PO BOX 130000<br>RALEIGH, NC 27605 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT ROAD #144<br>BUFFALO, NY 14221 | WELLS FARGO DEALER SERVICE<br>ATTN: BANKRUPTCY<br>1100 CORPORATE CENTER DRIVE<br>RALEIGH, NC 27607 |
| CAPITAL ONE BANK (USA), N.A.<br>4515 N. SANTA FE AVE.<br>OKLAHOMA CITY, OK 73118 | KML LAW GROUP<br>THE LITS BUILDING<br>701 MARKET STREET, SUITE 5000<br>PHILADELPHIA, PA 19106 | |
| CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | MCCALLA RAYMER LEIBERT PIECE, LLC<br>BANKRUPTCY DEPT<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076 | |