| In re: | Case No. 20-02545-HWV |
|---|---|
| David J. Fowble, Sr. | Chapter 13 |
| Tammy L. Fowble | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 29, 2022     Form ID: pdf010     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Reli Group, Attn: Payroll Department, 5520 Research Park Drive, Suite 105, Baltimore, MD 21228-4851 |
|  | Touch of Color, Attn: Payroll Department, 5017 Jonestown Road, Harrisburg, PA 17112 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 2 Tammy L. Fowble johanna@strausbaughlaw.com dakota@strausbaughlaw.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 David J. Fowble Sr. johanna@strausbaughlaw.com, dakota@strausbaughlaw.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage |

|  |  |
|---|---|
|  | Loan Trust 2019-C bkgroup@kmllawgroup.com |
| Scott J Strausbaugh |  |
|  | on behalf of Debtor 1 David J. Fowble Sr. scott@strausbaughlaw.com |
| Scott J Strausbaugh |  |
|  | on behalf of Debtor 2 Tammy L. Fowble scott@strausbaughlaw.com |
| United States Trustee |  |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1-20-02545-HWV |
| DAVID J. FOWBLE, SR., AKA | : | |
| DAVID FOWBLE, SR. AKA | : | |
| DAVID JAMES FOWBLE AND | : | |
| TAMMY L. FOWBLE, | : | |
|     DEBTORS | : | |
| | : | Chapter 13 |

### ORDER DIRECTED TO DEBTORS' EMPLOYERS

The Motion to Amend Wage Attachment by Debtors, David J. Fowble, Sr. and Tammy L. Fowble, for an amended wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that Touch of Color, 5017 Jonestown Road, Harrisburg, PA 17112, the employer of Debtor, David J. Fowble, Sr., is hereby directed to deduct from the bi-weekly salary of David J. Fowble, Sr. the sum of $228.37 bi-weekly for a period of thirty-nine (39) months, from June 2022 until August 2025, and to remit the same to Jack N. Zaharopoulos, Esquire, Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

**IT IS FURTHER ORDERED** that Reli Group, 5520 Research Park Drive, Suite 105, Baltimore, MD 21228, the employer of Co-Debtor, Tammy L. Fowble, is hereby directed to deduct from the semi-monthly salary of Tammy L. Fowble the sum of $247.41 semi-monthly for a period of thirty-nine (39) months, from June 2022 until August 2025, and to remit the same to Jack N. Zaharopoulos, Esquire, Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

**IT IS FURTHER ORDERED** that Touch of Color and Reli Group shall notify the Trustee if the Debtor's income or Co-Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtors, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtors in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that each employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtors have been fulfilled if it is not terminated by earlier order of this Court.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 29, 2022