**Weinstein & Riley, P.S.**
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269 3490

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case: 1:20-bk-02545-HWV |
| | ) | |
| David J. Fowble, Sr. | ) | Trustee: Jack N Zaharopoulos |
| and Tammy L. Fowble, | ) | |
| | ) | |
| Debtor(s). | | |

☐ **NOTICE OF PAYMENT CHANGE ON ADDRESS OF:**
☒ **CREDITOR**

**Claim No.** ___5-1___

I request that notice be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Address
(206) 269-3490
Telephone Number

I request that payment be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
Post Office Box 3978
Seattle, WA 98124
Address
(206) 269-3490
Telephone Number

DATED: July 19, 2022

/s/ Jordan Morrison
Signature