United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02545-HWV |
| David J. Fowble, Sr. | Chapter 13 |
| Tammy L. Fowble | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Tammy L. Fowble, 6733 Lincoln Highway, Thomasville, PA 17364-9201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022                      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 2 Tammy L. Fowble johanna@strausbaughlaw.com dakota@strausbaughlaw.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 David J. Fowble Sr. johanna@strausbaughlaw.com, dakota@strausbaughlaw.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| Scott J Strausbaugh | on behalf of Debtor 2 Tammy L. Fowble scott@strausbaughlaw.com | |
| Scott J Strausbaugh | on behalf of Debtor 1 David J. Fowble Sr. scott@strausbaughlaw.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1-20-02545-HWV |
| DAVID J. FOWBLE, SR., AKA | : | |
| DAVID FOWBLE, SR. AKA | : | |
| DAVID JAMES FOWBLE AND | : | |
| TAMMY L. FOWBLE, | : | |
| DEBTORS | : | |
| | : | Chapter 13 |

## ORDER ALLOWING DEBTORS
## TO MODIFY 3RD AMENDED CHAPTER 13 PLAN

The Motion of David J. Fowble, Sr. and Tammy L. Fowble, Debtors herein, to Modify their 3rd Amended Chapter 13 Plan, having come this day to be heard, and good cause therefor appearing; it is hereby ORDERED and DECREED, that the Debtors are hereby granted leave to modify their approved 3rd Amended Chapter 13 Plan, and that the 4th Amended Chapter 13 Plan is HEREBY APPROVED.

By the Court,

_[signature]_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 20, 2022