United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02545-HWV |
| David J. Fowble, Sr. | Chapter 13 |
| Tammy L. Fowble | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 12, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5371646 | ^ MEBN | Oct 12 2022 18:36:51 | U.S. Bank Trust National Association,, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 14, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 2 Tammy L. Fowble johanna@strausbaughlaw.com dakota@strausbaughlaw.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 David J. Fowble Sr. johanna@strausbaughlaw.com, dakota@strausbaughlaw.com |

Joshua I Goldman
    on behalf of Creditor U.S. Bank National Association not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Michelle Ghidotti
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Igloo Series V Trust bknotifications@ghidottiberger.com

Scott J Strausbaugh
    on behalf of Debtor 1 David J. Fowble Sr. scott@strausbaughlaw.com

Scott J Strausbaugh
    on behalf of Debtor 2 Tammy L. Fowble scott@strausbaughlaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-02545-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David J. Fowble, Sr.<br>6733 Lincoln Highway<br>Thomasville PA 17364 | Tammy L. Fowble<br>6733 Lincoln Highway<br>Thomasville PA 17364 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/12/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: U.S. Bank Trust National Association,, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/14/22

Terrence S. Miller
**CLERK OF THE COURT**