UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID J FOWBLE, SR.
AKA: DAVID JAMES FOWBLE, SR.,
DAVID JAMES FOWBLE
TAMMY L. FOWBLE
AKA: TAMMY LYNN FOWBLE,
TAMMY L. SELL, TAMMY L. CHAPPELL
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-20-02545-HWV

DAVID J FOWBLE, SR.
AKA: DAVID JAMES FOWBLE, SR.,
DAVID JAMES FOWBLE
TAMMY L. FOWBLE
AKA: TAMMY LYNN FOWBLE,
TAMMY L. SELL, TAMMY L. CHAPPELL
    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 17, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- voluntarily dismiss their case within 5 days of the stipulation date.
- make the regular monthly payments to the trustee during the remaining term of the plan

As of July 17, 2024, the Debtor(s) is/are $3457.93 in arrears a plan payment having last been made on July 3, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: July 17, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

| | |
|---|---|
| IN RE: DAVID J FOWBLE, SR.<br>AKA: DAVID JAMES FOWBLE, SR.,<br>DAVID JAMES FOWBLE<br>TAMMY L. FOWBLE<br>AKA: TAMMY LYNN FOWBLE,<br>TAMMY L. SELL, TAMMY L.<br>CHAPPELL<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO: 1-20-02545-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 17, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
SCOTT J STRAUSBAUGH ESQUIRE
1201 WEST ELM ST SUITE 2
HANOVER PA 17331-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
DAVID J FOWBLE, SR.
TAMMY L. FOWBLE
6733 LINCOLN HIGHWAY
YORK PA 17364

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 17, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com