United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David J. Fowble, Sr.  
Tammy L. Fowble  
    Debtors

Case No. 20-02545-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 18, 2024      Form ID: pdf010      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. Fowble, Sr., Tammy L. Fowble, 6733 Lincoln Highway, Thomasville, PA 17364-9201 |
| 5354415 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 5354416 | + | Faye Servicing, 2601 N. Lamar, Suite 201, Austin, TX 78705-4207 |
| 5354421 | + | Theresa Fowble, 6733 Lincoln Highway, Thomasville, PA 17364-9201 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 18:58:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jul 18 2024 19:40:13 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5354411 | | Email/Text: collectors@arresourcesinc.com | Jul 18 2024 18:42:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 5354409 | + | Email/Text: bankruptcy@rentacenter.com | Jul 18 2024 18:42:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5371945 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 18:42:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5354410 | ^ | MEBN | Jul 18 2024 19:40:11 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 5354412 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 18:44:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5357108 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 18:44:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354413 | + | Email/Text: dylan.succa@commercialacceptance.net | Jul 18 2024 18:42:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5354414 | + | Email/Text: INFO@NOVEACORP.COM | Jul 18 2024 18:42:00 | Cuzco Capital, 11601 Biscayne Blvd, Suite 306, Miami, FL 33181-3151 |
| 5364446 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 18:42:00 | Intercoastal Financial, LLC, c/o Weinstein & |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5361719 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 18 2024 18:42:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5354419 | + | Email/Text: Bankruptcies@nragroup.com | Jul 18 2024 18:42:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5358147 | | Email/PDF: cbp@omf.com | Jul 18 2024 18:44:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5354420 | + | Email/PDF: cbp@omf.com | Jul 18 2024 18:44:29 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5355056 | ^ | MEBN | Jul 18 2024 19:40:15 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5500644 | | Email/Text: bknotices@snsc.com | Jul 18 2024 18:42:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5500645 | | Email/Text: bknotices@snsc.com | Jul 18 2024 18:42:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5371646 | ^ | MEBN | Jul 18 2024 19:40:12 | U.S. Bank Trust National Association,, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5358576 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 18:59:45 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5354423 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 18:59:09 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5354417 | | Fingerhut |
| 5354418 | | Flexshopper |
| cr | *+ | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5361720 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5354422 | ##+ | Thousand Trails, PO Box 26, Gautier, MS 39553-0026 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 2 Tammy L. Fowble johanna@strausbaughlaw.com  dakota@strausbaughlaw.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 David J. Fowble  Sr. johanna@strausbaughlaw.com, dakota@strausbaughlaw.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association  not in its individual capacity , but solely as trustee of Citigroup Mortgage Loan Trust 2019-C josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust bknotifications@ghidottiberger.com |
| Scott J Strausbaugh | on behalf of Debtor 2 Tammy L. Fowble scott@strausbaughlaw.com |
| Scott J Strausbaugh | on behalf of Debtor 1 David J. Fowble  Sr. scott@strausbaughlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| David J. Fowble, Sr.<br>aka David James Fowble, Sr.<br>aka David James Fowble<br>    Debtor 1 | Chapter: | 13 |
| | Case No.: | 1:20-bk-02545-HWV |
| Tammy L. Fowble<br>aka Tammy Lynn Fowble<br>aka Tammy L. Sell<br>aka Tammy L. Chappell<br>    Debtor 2 | | |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    vs.    Movant(s) | | |
| DAVID J FOWBLE, SR.<br>AKA: DAVID JAMES FOWBLE, SR.,<br>DAVID JAMES FOWBLE<br>TAMMY L. FOWBLE<br>AKA: TAMMY LYNN FOWBLE,<br>TAMMY L. SELL, TAMMY<br>L.CHAPPELL<br><br>    Respondent(s) | | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 63, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 37, and it having been determined that this case should be dismissed, it is

**ORDERED** that above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 17, 2024